IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

TROY BROWN,                              )
                                         )
      Plaintiff,                         )
                                         )
v.                                       )  CV 312-062
                                         )
Warden JOSE MORALES, Deputy Warden       )
TIM JONES, and Dr. DURO CALEB            )
AJIBADE,                                 )
                                         )
      Defendants.                        )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice, Plaintiff's motion for a preliminary injunction and temporary restraining order is **DENIED** as **MOOT**, (doc. no. 1), and this civil action is **CLOSED**.

SO ORDERED this 12th day of October, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE